IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                              No. 4:19-cr-602-DPM

ALVIS GIBBS                                               DEFENDANT
Reg. No. 32983-009

## ORDER

    Gibbs moves to reduce his sentence based on two amendments to the Sentencing Guidelines. The amendment concerning status points does not apply. He did not receive any status points at sentencing. Neither does the amendment for zero-point offenders. The Court found that Gibbs possessed a firearm in connection with his drug offense. USSG § 4C1.1(a)(7). His motion, *Doc. 91*, is therefore denied.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 March 2024